UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASQUITH WILLIAMS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SPECIALIZED LOAN SERVICING, LLC, a Delaware limited liability company; and DOES 1 - 20, inclusive,<br><br>Defendants. | Case No.: 5:22-cv-01881-MEMF-SPx<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS [ECF NO. 28]** |

On June 6, 2023, the Parties filed a Stipulation to Continue the Hearing on Defendant's Motion to Dismiss.

Counsel for Plaintiff has a previously scheduled summary judgment hearing out of state on June 15, 2023, which prevents him from attending the hearing on the Motion to Dismiss scheduled in this case on that same date.

The Court, having considered the parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. That the hearing on Defendant's Motion to Dismiss be continued from June 15, 2023, to June 22, 2023.

IT IS SO ORDERED.

Dated: June 6, 2023

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge